AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| Cathryn Starr ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  16-CV-00446-SCY-WPL |
| Securitas Security Services USA, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:    07/12/2016

*Attorney's signature*

James A. Vagnini (JV-2163)
*Printed name and bar number*

Valli Kane & Vagnini, LLP
600 Old Coutry Road, Suite 519
Garden City, NY 11530

*Address*

jvagnini@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(516) 706-0248
*FAX number*