AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| Cathryn Starr | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  16-CV-00446-SCY-WPL |
| Securitas Security Services USA, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:  07/15/2016

*/s/ Monica Hincken*
*Attorney's signature*

Monica Hincken (MH-1125)
*Printed name and bar number*

Valli Kane & Vagnini, LLP
600 Old Country Road, Suite 519
Garden City, NY 11530

*Address*

mhincken@vkvlawyers.com
*E-mail address*

(516) 203-7180
*Telephone number*

(516) 706-0248
*FAX number*